### IRWIN *et al. v.* LEWIS.

ATKINSON, J. No complaint is made that any error was committed on the trial. The evidence, though conflicting, authorized the verdict, and the court did not err in refusing a new trial.

*Judgment affirmed. All the Justices concur.*

No. 3953. SEPTEMBER 20, 1924.

Equitable petition. Before Judge E. D. Thomas. Fulton superior court. June 22, 1923.

*A. E. Wilson* and *M. L. Kahn,* for plaintiffs in error.

*John F. Methvin,* contra.